

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00424-CR

**EX PARTE** Saul **GARCIA-CAMILO**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2024CRB001496L2
Honorable Leticia Martinez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori Massey Brissette, Justice
              H. Todd McCray, Justice

Delivered and Filed: December 3, 2025

DISMISSED

Appellant, Saul Garcia-Camilo, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Garcia-Camilo and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH